JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIGGS and REBEKAH RIGGS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:23-cv-00099-CJC-ADS<br><br>District Judge: Cormac J. Carney<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs DANIEL RIGGS and REBEKAH RIGGS ("Plaintiffs") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 November 6, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $98,002.50 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: April 9, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CC: FISCAL**

1
**JUDGMENT**